UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
Criminal Pretrial Minute Order
JUDGE D. LOWELL JENSEN
Date: 2/8/08

**Clerk:** Frances Stone
**Court Reporter:** Diane Skillman

**Plaintiff:** United States

**v.**                                                                  **No.** CR-07-00727-DLJ

**Defendant:**   Mariano Coronado [present; in custody]
                 Cole Younger Barnett [present, in custody]

**Appearances for AUSA:** Garth Hire

**Appearances for Defendant:** Def Coronado: Frank Bell
                               Def Barnett: Erik Babcock

**Interpreter:**
**Probation Officer:**

**Reason for Hearing:**            **Ruling:**

STATUS                             -HELD

Indictment is amended to reflect TRUE NAME of Defendant: Cole Younger **Barnett**.

**Notes:** Case as to Defendant Mariano Coronado is REFERRED TO PROBATION for a Pre-Plea Report - Criminal History Only.

**Case Continued to:** 4/4/08 at 9:00AM     for Defendant Coronado- CHANGE OF PLEA

**Case Continued to:** 2/22/08 at 9:00AM    for Defendant Barnett- CHANGE OF PLEA

**Case Continued to**                       for Pretrial Conference
**Case Continued to**         for           Trial

**Excludable Delay: Category**   **Begins:** 2/8/08   **Ends:** 4/4/08 (Def Coronado)
**Excludable Delay: Category: Begins:** 2/8/08        **Ends:** 2/22/08 (Def Barnett)

cc: PROBATION