

**United States Department of Justice**

*United States Attorney*
*Northern District of California*

---

*GARTH HIRE*
*Assistant United States Attorney*
*Organized Crime Strike Force*

*Telephone: (510) 637-3929*
*Facsimile: (510) 637-3724*
*E-Mail:    Garth.Hire@usdoj.gov*

*Ronald V. Dellums Federal Building*
*1301 Clay Street, Suite 340 South*
*Oakland, California 94612-5217*

February 20, 2008

<u>*Via E-Filing*</u>

Honorable Wayne D. Brazil
United States Magistrate Judge
United States District Court
Northern District of California
1301 Clay Street, Courtroom 4
Oakland, California 94612

    Re:    <u>United States v. Cole Younger Barnett</u>
             CR 07-00727 DLJ

Dear Judge Brazil:

    On behalf of both counsel for the government and counsel for defendant, the parties would like to request that a hearing for an arraignment on the information (forthcoming) in this case be scheduled at 10:00 a.m. on Friday, February 22, 2008. Thank you.

             Very truly yours,

             JOSEPH P. RUSSONIELLO
             United States Attorney

             _____/s/_____
             GARTH HIRE
             Assistant United States Attorney

cc:    Erik Babcock, Esq.