AO 257 (Rev. 6/78)

| **DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT** |
|---|

BY: ☐ COMPLAINT  ☒ INFORMATION  ☐ INDICTMENT
☐ SUPERSEDING

---- **OFFENSE CHARGED** ----

Use of a Telecommunications Facility (Telephone) to Commit/Facilitate Narcotics Trafficking (21 U.S.C. 843(b))

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY:
Four years imprisonment, $250,000 fine, $100 special assessment, one year supervised release

Name of District Court, and/or Judge/Magistrate Location
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

---- **DEFENDANT - U.S** ----

▶ Cole Younger Barnett

DISTRICT COURT NUMBER
CR 07-00727 DLJ

*FILED*
*FEB 21 2008*
*RICHARD W. WIEKING*
*CLERK, U.S. DISTRICT COURT*
*NORTHERN DISTRICT OF CALIFORNIA*
*OAKLAND*

---- **PROCEEDING** ----

Name of Complaintant Agency, or Person (& Title, if any)
Federal Bureau of Investigation

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY  ☐ DEFENSE

SHOW
DOCKET NO.

☒ this prosecution relates to a pending case involving this same defendant

MAGISTRATE
CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person
Furnishing Information on this form   JOSEPH P. RUSSONIELLO

☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S.
Attorney (if assigned)    AUSA GARTH HIRE

---- **DEFENDANT** ----

**IS *NOT* IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☐ If not detained give date any prior summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge

5) ☐ On another conviction  } ☒ Federal  ☐ State

6) ☒ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution
Santa Rita Jail

Has detainer been filed?  ☐ Yes  ☐ No  } If "Yes" give date filed

DATE OF ARREST ▶  Month/Day/Year  December 3, 2007

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶  Month/Day/Year

☐ This report amends AO 257 previously submitted

---- **ADDITIONAL INFORMATION OR COMMENTS** ----

PROCESS:
☐ SUMMONS  ☒ NO PROCESS*  ☐ WARRANT     Bail Amount:

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:     Before Judge:

Comments:

1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney

FILED

2008 FEB 21 PM 3: 34

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR 07-00727 DLJ |
|---|---|---|
| Plaintiff, | ) | |
| | ) | VIOLATION: 21 U.S.C. § 843(b) – Use of a Communications Facility (Telephone) to Commit/Facilitate Narcotics Trafficking |
| v. | ) | |
| COLE YOUNGER BARNETT, | ) | OAKLAND VENUE |
| Defendant. | ) | |

INFORMATION

The United States Attorney charges:

On or about September 13, 2007, in the Northern District of California, defendant,

COLE YOUNGER BARNETT,

did knowingly and intentionally use a communications facility, namely a telephone, in committing, and in causing and facilitating the commission of, an act constituting a felony violation of Title 21, United States Code, Section 846, specifically, conspiracy to distribute a

//
//
//

INFORMATION

1

1 | Schedule II controlled substance, namely, approximately 11.4 grams of actual
2 | methamphetamine, in violation of Title 21, United States Code, Section 843(b).
3 |
4 | DATED: 2-13-18
5 |
6 | JOSEPH P. RUSSONIELLO
  | United States Attorney
7 |
8 | _____
  | BRIAN J. STRETCH
9 | Chief, Criminal Division
10 |
11 | (Approved as to form: _____ )
  |                        AUSA GARTH HIRE

INFORMATION

2