O AO 455 (Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**FILED**
FEB 2 2 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES OF AMERICA
V.
COLE YOUNGER BARNETT

WAIVER OF INDICTMENT

CASE NUMBER: CR 07-00727 DLJ

I, _____ COLE YOUNGER BARNETT _____, the above named defendant, who is accused of

Using a communications facility (telephone) to facilitate narcotics trafficking in violation of 21 U.S.C. 843(b).

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on _____ 2/22/2008 _____ prosecution by indictment and consent that the pro-
Date
ceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before _____  2/22/08
Judicial Officer