11AM
V/C
E-FILING CASE

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### CRIMINAL PRETRIAL MINUTE ORDER

**FILED**
FEB 2 2 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

Date: 2/22/08

Case No: CR -07-00727-DLJ

Judge: D. Lowell Jensen

Reporter: RAYNEE MERCADO

Clerk: Frances Stone

Defendant(s): COLE YOUNGER BARNETT — Present? Y — In Custody? Y

Defense Counsel: ERIK BABCOCK

US Attorney: GARTH HIRE

Reason for Hearing: CHANGE OF PLEA

Ruling: — HELD
GUILTY PLEA TO COUNT ONE OF THE INFORMATION
PLEA IS WITH CONSENT OF COUNSEL. PLEA IS
ACCEPTED AND ENTERED

Case continued to: 5/16/08 AT 10AM for SENTENCING

CC: PROBATION