E-Filing Case

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA


FILED
FEB 22 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

Case Number          CR-07-00727-02-DLJ
Defendant's Name     COLE YOUNGER BARNETT
Defendant's Counsel  Erik G. Babcock
Due Date             5/16/08 AT 10AM
                     1  Courtroom          Floor 4th

~~~~~~~~~~~~~~NOTICE TO DEFENSE COUNSEL~~~~~~~~~~~~~~

**The Court has directed that a:**

    _____XX_____  Presentence Investigation
    _____  Bail Investigation
    _____  Bail Supervision
    _____  Postsentence Investigation
    _____  4244

be conducted on the above-named defendant. So that the investigation/supervision can be completed promptly, please go to the **Probation Office,**
before leaving the Courthouse today to make the necessary arrangements.

                                        RICHARD W. WIEKING, CLERK

✓cc to Counsel
✓cc to Probation                        by: _Frances Stone_
                                            Frances Stone, Deputy Clerk

                                        Dated: 2/22/08

**US PROBATION OFFICE**~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~
Is defendant in custody?   Yes or No
Is defendant English speaking?  Yes or No [Interpreter:_____]
Defendant's address: _____
                     _____
                     _____