10 AM / U
E-FILING CASE

10ʰ Am — 10²² Am

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**FILED**
MAY 16 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

CRIMINAL PRETRIAL MINUTE ORDER

Date: 5/16/08

Case No: CR -07-00727-02-DLJ    Judge: D. Lowell Jensen

Reporter: RAYNEE MERCADO    Clerk: Frances Stone

Defendant(s):    Defense Counsel:

COLE YOUNGER BARNETT    Present? Y   In Custody? Y    ERIK G. BABCOCK

US Attorney: GARTH HIRE

Interpreter:

US Probation Officer: BRIAN CASAI

Reason for Hearing: SENTENCING

Ruling: — HELD
COUNT ONE: DEF IS COMMITTED TO CUSTODY OF BUREAU OF PRISONS FOR A TERM OF 48 MONTHS. DEF PLACED ON SUPERVISED RELEASE FOR ONE YEAR. A $100 ASSESSMENT IS DUE IMMEDIATELY.

Notes: