1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CABN 163973)
3  Chief, Criminal Division

4  GARTH HIRE (CABN 187330)
   Assistant United States Attorney
5
     1301 Clay Street, Suite 340-S
6    Oakland, California 94612-5217
     Telephone:  (510) 637-3929
7    Facsimile:  (510) 637-3724
     E-Mail:     Garth.Hire@usdoj.gov
8
   Attorneys for Plaintiff
9

10                        UNITED STATES DISTRICT COURT

11                       NORTHERN DISTRICT OF CALIFORNIA

12                                OAKLAND DIVISION

13 | UNITED STATES OF AMERICA,         )    No. CR 07-00727 DLJ
                                       )
14 |      Plaintiff,                   )
                                       )    NOTICE OF DISMISSAL AND
15 |      v.                           )    [PROPOSED] ORDER
                                       )
16 | COLE YOUNGER BARNETT,             )
                                       )
17 |      Defendant.                   )
                                       )
18 |_____     )

19      With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the

20 United States Attorney for the Northern District of California dismisses the above-captioned

21 indictment with prejudice as to defendant Cole Younger Barnett only, pursuant to the parties'

22 plea agreement.

23 DATED: May 27, 2008                      Respectfully submitted,

24                                          JOSEPH P. RUSSONIELLO
                                            United States Attorney
25

26                                           _____/s/_____
                                             GARTH HIRE
27                                           Assistant United States Attorney

28

NOTICE OF DISMISSAL

## [PROPOSED] ORDER

Leave of Court is granted to the government to dismiss the above-captioned indictment with prejudice as to defendant Cole Younger Barnett only.

Date: _____
             HONORABLE D. LOWELL JENSEN
             UNITED STATES DISTRICT JUDGE