1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney

2
   BRIAN J. STRETCH (CABN 163973)
3  Chief, Criminal Division

4  GARTH HIRE (CABN 187330)
   Assistant United States Attorney

5
    1301 Clay Street, Suite 340-S
6   Oakland, California 94612-5217
    Telephone:  (510) 637-3929
7   Facsimile:  (510) 637-3724
    E-Mail:     Garth.Hire@usdoj.gov

8
   Attorneys for Plaintiff

9

10                 UNITED STATES DISTRICT COURT

11              NORTHERN DISTRICT OF CALIFORNIA

12                     OAKLAND DIVISION

13  UNITED STATES OF AMERICA,        )    No. CR 07-00727-02- DLJ
                                     )
14        Plaintiff,                 )
                                     )    NOTICE OF DISMISSAL AND ORDER
15     v.                            )
                                     )
16  COLE YOUNGER BARNETT,            )
                                     )
17        Defendant.                 )
                                     )
18  _____ )

19        With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the

20  United States Attorney for the Northern District of California dismisses the above-captioned

21  indictment with prejudice as to defendant Cole Younger Barnett only, pursuant to the parties'

22  plea agreement.

23  DATED: May 27, 2008                    Respectfully submitted,

24                                         JOSEPH P. RUSSONIELLO
                                           United States Attorney

25

26                                              /s/
                                           _____
                                           GARTH HIRE
27                                         Assistant United States Attorney

28

    NOTICE OF DISMISSAL

1

ORDER

2          Leave of Court is granted to the government to dismiss the above-captioned indictment

3    with prejudice as to defendant Cole Younger Barnett only.

4

5    Date:   June 3, 2008

HONORABLE D. LOWELL JENSEN
6                                          UNITED STATES DISTRICT JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28